UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

FILED

DEC 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES of AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, and | ) | CV-03-153-BLG-SPW |
| STATE OF MONTANA, | ) | |
| Intervenor-Plaintiff, | ) | ORDER |
| v. | ) | |
| CHS Inc., | ) | |
| Defendant. | ) | |

Upon consideration of the Joint Motion to Terminate the CHS Inc. Consent Decree (Doc. 28) filed by Defendant CHS Inc., Plaintiff the United States of America, and Intervenor-Plaintiff the State of Montana, and the Memorandum of Law and other papers filed in support thereof, and the Court finding that it is in the public interest to terminate the CHS Inc. Consent Decree entered in this case on February 23, 2004 (Doc. No. 16); it is hereby

ORDERED that the Joint Motion to Terminate the Consent Decree is GRANTED; and it is

FURTHER ORDERED that the CHS Inc. Consent Decree is hereby terminated.

1

DATED this 21st day of December, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge